

**FILED & ENTERED**

MAY 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SCHULTZ INVESTMENTS 21, INC.<br><br><br><br>Debtor. | Case No.: 1:23-bk-10618-VK<br><br>Chapter 11<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Date:  May 18, 2023<br>Time:  1:00 p.m.<br>Place: Courtroom 301<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED that an officer of Schultz Investments 21, Inc. (the "Debtor") and the Debtor's counsel, if any, must appear at a hearing in this case on **May 18, 2023 at 1:00 p.m.** in Courtroom 301 of the above-entitled Court to show cause and explain why this case should not be dismissed as a result of the Debtor's failure to file a petition and otherwise appear with counsel as required by Local Bankruptcy Rule 9011-2(a).

IT IS FURTHER ORDERED that if the Debtor has engaged counsel who has agreed to represent the Debtor in this case, and a "Disclosure of Compensation of Attorney for Debtor" (Form B2030), is filed with the Court by May 16, 2023, this order to show cause will be discharged and the appearance of the Debtor and the Debtor's counsel at the hearing will not be necessary.  If the Debtor fails to comply with the requirements noted above at the order to show cause hearing, the Court may dismiss this case; and

IT IS FURTHER ORDERED that the parties are to attend the hearing via ZoomGov, which provides a live video connection with the Court.  **Any attorney or party in interest who makes an appearance on the record must appear by video.**  The following instructions will apply to the ZoomGov hearing:

(1) Meeting Information: **May 18, 2023**

Meeting URL: https://cacb.zoomgov.com/j/1604803108

Meeting ID: 160 480 3108

Password: 895650

Join by Telephone: 1-669-254-5252 or 1-646-828-7666

(2) Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge**. Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.

(3) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

(4) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

###

Date: May 9, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***ORDER TO SHOW CAUSE RE DISMISSAL*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of **May 9, 2023 ,** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses indicated below.

- **Katherine Bunker**     kate.bunker@usdoj.gov
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** On **May 9, 2023,** a copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Debtor**
Shultz Investments 21, Inc.
Attn: Dinorah L. Cordova, Vice-President
1702 Highclere Way
Bakersfield, CA 93311

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses indicated below:

☐ Service information continued on attached page