23-10618-VK

FILED

MAY 15 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    8414 Columbus Way Unit 9, North Hills, Ca. 931343
    8414 Columbus Wau Unit 2, North Hills, VA. 931343
    1315 Robinson Way, Bakersfield, CA. 93305

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Bakersfield_____, California

_____
Signature of Debtor 1

Date: _05/15/2023_____

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dixon G. Kummer<br>2031 F St<br>Bakersfield, Ca. 93301<br>Tel (661)324-2700<br>Fax (661)324-2790<br>State Bar 125960<br>Email: dkummer@kummerlaw.net | |
| ☒ *Attorney for:* Schultz Investments 21, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>Schultz Investments 21, Inc.<br>1702 Highclere Way<br>Bakersfield, Ca. 93311<br><br>Debtor(s). | CASE NO.: 1:23-bk-10618-VK<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* <u>Dixon G. Kummer</u>, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/15/2023          By: _____

                               Signature of Debtor, or attorney for Debtor

                           Name:  Dixon G Kummer
                                  Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

Fill in this information to identify the case:

Debtor name  Schultz Investments 21, Inc.

United States Bankruptcy Court for the: Central _____ District of Ca
(State)

Case number (If known): 1:23=bk-10618-VK

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................  $ ___1,100,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................  $ _____0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................  $ ___1,100,000.00

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ ___820,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................................  $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................  + $ _____0.00

4. **Total liabilities**...........................................................................................................  $ ___820,000.00
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
|---|

Debtor name  __Schultz Investments 21, Inc.__

United States Bankruptcy Court for the: __Central__  District of __Ca__
                                                              (State)

Case number (If known): __1:23-bk-10618-VK__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**    $ _____ 2,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank Of America | Checking | 0  4  5  9 | $ _____ 4,500.00 |
| 3.2. | | | $ _____ |

4. **Other cash equivalents** *(Identify all)*

4.1. none    $ _____ 0.00
4.2.    $ _____ 0.00

5. **Total of Part 1**    $ _____ 6,500.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____    $ _____
7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $_____ 0.00

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........ → $_____
                            face amount    doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........ → $_____
                            face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.               $_____ 0.00

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%        $_____

15.2._____   _____%        $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                  $_____ 0.00

Debtor  Schultz Investments 21, Inc.                    Case number (if known) 1:23-bk-10618-VK
        Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                              $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Schultz Investments 21, Inc.                          Case number *(if known)* 1:23-bk-10618-VK
        _____
        Name

33. **Total of Part 6.**                                                    $            0.00
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                    $            0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   Schultz Investments 21, Inc.   Case number (if known) 1:23-bk-10618-VK
       Name

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $ 0.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor  Schultz Investments 21, Inc.                         Case number (if known) 1:23-bk-10618-VK
        Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  8414 Columbus Way Unit 9 | 275000.00 | $ 425,000.00 | Zillow | $ 325,000.00 |
| 55.2  8414 Columbus Way Unit 2 | 240000.00 | $ 425,000.00 | Zillow | $ 325,000.00 |
| 55.3  1315 Robinson St | 165000.00 | $ 250,000.00 | Zillow | $ 250,000.00 |
| 55.4  8414 Columbus Way Unit 9 | 70000.00 | $ 425,000.00 | Zillow | $ 100,000.00 |
| 55.5  8414 Columbus Way Unit 2 | 70000.00 | $ 425,000.00 | Zillow | $ 100,000.00 |
| 55.6 | | $ | | $ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,100,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61.  Internet domain names and websites** | $ | | $ |
| **62.  Licenses, franchises, and royalties** | $ | | $ |
| **63.  Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64.  Other intangibles, or intellectual property** | $ | | $ |
| **65.  Goodwill** | $ | | $ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Schultz Investments 21, Inc.  _____  Case number (if known) 1:23-bk-10618-VK
        Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                                **Current value of
                                                                                debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡ $_____
                                    Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim        _____
Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim        _____
Amount requested       $_____

76. **Trusts, equitable or future interests in property**

                                                               $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  Schultz Investments 21, Inc.     Case number (if known) 1:23-bk-10618-VK
_____Name_____

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 6,500.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................➔ | | $ 1,100,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 6,500.00 | + 91b. $ 110,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... $ 1,165,000.00

Fill in this information to identify the case:

Debtor name __Schultz Investments 21, Inc.___

United States Bankruptcy Court for the: __Central___ District of __Ca___
                                                                        (State)

Case number (If known): __1:23-bk-10618-VK___

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2.  **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
__Columbus Town Park___

Describe debtor's property that is subject to a lien
8414 Columbus Way Unit 2

$ 17,000.00      $ 425,000.00

Creditor's mailing address

31194 La Baya Drive
Westlake Village, Ca  91362

North Hills, Ca. 91343

Describe the lien
3 Lien Position as HOA

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  06/01/2022

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    Unit 2

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
    HOA and 3 Lien Position

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
__Fazal Rahman and Rosie Gu Rahm___

Describe debtor's property that is subject to a lien
8414 Columbus Way Unit 2

$ 75,000.00      $ 425,000.00

Creditor's mailing address
7637 Greg Ave,
Los Angeles, Ca.91352

North Hills, Ca. 91343

Describe the lien
2 position

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  06/01/2022

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    Unit 2

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        2 Position Lien Holder
    ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 82,000.00

Debtor    Schultz Investments 21, Inc.
Name

Case number (if known)    1:23-bk-10618-VK

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**
Fazal Rahman and Rosie Gul

**Creditor's mailing address**
7637 Greg Avenue

Los Angeles, Ca. 91352

**Creditor's email address, if known**

**Date debt was incurred** 06/01/2022
**Last 4 digits of account number** unit 9 __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    2 Position Lien Holder
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
8414 Columbus Way Unit 9

North Hills, CA. 91343

$ 75,000.00    $ 425,000.00

**Describe the lien**
2 Position as a Lien Holder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**Creditor's name**
Gave W Kass

**Creditor's mailing address**
P.O. Box.

Huntington Beach, Ca. 92615

**Creditor's email address, if known**

**Date debt was incurred** 06/01/2022
**Last 4 digits of account number** Unit 9 __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    1Lien Position
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
8414 Columbus Unit 9

North Hils, CA. 91343

$ 275,000.00    $ 425,000.00

**Describe the lien**
1 LIEN POSITION

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Schultz Investments 21, Inc.                                    Case number (if known) 1:23-bk-10618-VK
        Name

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Luciferous Holdings, LLC. 8252 (Note Trust JACKSON Note Trust) 8252 Kingsdale Drive Huntington Beach, Ca. 92808 | Line 2.3 | Unit 9 __ __ . |
| Patrick S. Ince, California TD Specialists 8190 East Kaiser Blvd Anaheim,Ca92808 | Line 2.3 | Unit 9 __ __ |
| Robert Adrian Angeleri III And Iris Ageleri, husband and wife as Joint Tenants as 3/22/22 C/O Redwood Trust Deed Services, Inc. P.O. Box 6875 | Line 2. __ | 1315 Robinso |
| Zippora Williams Bochner A married woman Sole Separate Property P.O. Box Los Angeles, Ca. 90027 | Line 2. __ | Unit 2 |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Schultz Investments 21, Inc. |
| United States Bankruptcy Court for the: | Central      District of Ca <br> (State) |
| Case number <br> (If known) | 1:23-bk-10618-VK |

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | Schultz Investments 21, Inc. | Case number (if known) | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)**

Total claim $_____    Priority amount $_____

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)**

Total claim $_____    Priority amount $_____

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)**

Total claim $_____    Priority amount $_____

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)**

Total claim $_____    Priority amount $_____

---

Debtor  Scheltz Investments 2Y, Inc.                          Case number (if known) 1:23-bk-10618-VK
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | None | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | _____ | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | _____ | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | _____ | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | _____ | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ |
| | _____ | *Check all that apply.* | |
| | _____ | ☐ Contingent | |
| | _____ | ☐ Unliquidated | |
| | _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No  ☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Schultz Investments 2Y, Inc.
Name

Case number (if known)   1:23-bk-10618-VK

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | None | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Schultz Investments 2, Inc.

Name

Case number (if known) 1:23-bk-10618-VK

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

4.___   

Line _____

☐ Not listed. Explain _____    ___ ___ ___ ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    Total of claim amounts

5a. **Total claims from Part 1**                          5a.      $_____ 0.00

5b. **Total claims from Part 2**                          5b.  **+**  $_____ 0.00

5c. **Total of Parts 1 and 2**                            5c.      $_____ 0.00
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  Schultz Investments 21, Inc.

United States Bankruptcy Court for the Central _____ District of Ca
                                                                    (State)

Case number (If known):  1:23-bk-10618-VK _____  Chapter  11

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Schultz Investments 21, Inc.    Case number *(if known)* 1:23-bk-10618-VK
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

```
Fill in this information to identify the case:

Debtor name  Schultz Invetments 21, Inc.

United States Bankruptcy Court for the:  Central          District of  Ca
                                                                    (State)
Case number (If known):  1:23-bk-10618-VK
```

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor  Schultz Invetments 21, Inc.  Case number (if known) 1:23-bk-10618-VK
_____Name_____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street _____
City          State          ZIP Code
☐ D
☐ E/F
☐ G

Fill in this information to identify the case and this filing:

Debtor Name __Schultz Investments 21, Inc._____

United States Bankruptcy Court for the: __Central_____ District of __CA___
                                                                                                           (State)

Case number (*If known*):   __1:23-bk-10618-VK___

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/15/23__               X _____
                MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                                              __Dinorah L Cordova_____
                                                              Printed name

                                                              __Vice-President, Secretary_____
                                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Schultz Investments 21, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): ___1:23-bk-10618-VK___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01012023__ to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other ___Rents___ | $ ___35,000.00___ |
| **For prior year:** | From __01012022__ to __12312022__<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☑ Other ___RENTS___ | $ ___375,000.00___ |
| **For the year before that:** | From __01012021__ to __12312021__<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☑ Other ___RENTS___ | $ ___425,000.00___ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |

Debtor   Schultz Investments 21, Inc. _____    Case number (if known) 1:23-bk-10618-VK _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | | | | |
| | Creditor's name | | $ | ☐ Secured debt |
| | Street | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | | | ☐ Other |
| 3.2. | | | | |
| | Creditor's name | | $ | ☐ Secured debt |
| | Street | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | | | ☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | | $ | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | | |
| | Insider's name | | $ | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Debtor | Schultz Investments 21, Inc. | Case number *(if known)* | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.

| Creditor's name | | | $ |
| Street | | | |
| City          State     ZIP Code | | | |

5.2.

| Creditor's name | | | $ |
| Street | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:** | **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1.

| | | Name | ☐ Pending |
| Case number | | Street | ☐ On appeal |
| | | | ☐ Concluded |
| | | City          State     ZIP Code | |

7.2.

| Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State     ZIP Code | |

Debtor    Schultz Investments 21, Inc. _____    Case number (if known) 1:23-bk-10618-VK
                Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | _____ |
| _____ | | Name |
| City          State      ZIP Code | **Case number** | Street |
| | _____ | _____ |
| | | City          State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | | $_____ |
| Recipient's name | | | |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

| Debtor | Schultz Investments 21, Inc. | Case number (if known) | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

| Debtor | Schultz Investments 21, Inc. | Case number *(if known)* | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | | Dates of occupancy | |
|---|---|---|---|---|---|---|
| 14.1. | 4807 Mattherhorn Way | | | | From 01/01/2020 | To 01/01/2021 |
| | Street | | | | | |
| | Bakersfield | Ca | 93311 | | | |
| | City | State | ZIP Code | | | |
| 14.2. | _____ | | | | From _____ | To _____ |
| | Street | | | | | |
| | _____ | | | | | |
| | City | State | ZIP Code | | | |

| Debtor | Schultz Investments 21, Inc. | Case number (if known) | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | | | |
| | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* |
| | City        State        ZIP Code | | ☐ Electronically |
| | | | ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | | | |
| | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* |
| | City        State        ZIP Code | | ☐ Electronically |
| | | | ☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    <u>Schultz Investments 21, Inc.</u>
Name

Case number *(if known)* <u>1:23-bk-10618-VK</u>

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank Of America <br> Name <br> 1440 Truxtun Ave <br> Street <br> Bakersfield , Ca. 93307 <br> City    State    ZIP Code | XXXX–6  5  7  0 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 01/01/2023 | $  1,000.00 |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

| Debtor | Schultz Investments 21, Inc. | Case number (if known) 1:23-bk-10618-VK |
|---|---|---|
| | Name | |

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    <u>Schultz Investments 21, Inc.</u>                                Case number *(if known)* <u>1:23-bk-10618-VK</u>
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |

---

Debtor    Schultz Investments 21, Inc.    Case number (if known) 1:23-bk-10618-VK
_____    _____
Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | **Dinorah L Cordova** | From 01/01/2020  To  Present |
| | Name | |
| | **1702 Highclere Way** | |
| | Street | |
| | | |
| | **Bakersfield**          **Ca**          **93311** | |
| | City                        State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | | From _____  To _____ |
| | Name | |
| | | |
| | Street | |
| | | |
| | City                        State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | | From _____  To _____ |
| | Name | |
| | | |
| | Street | |
| | | |
| | City                        State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____  To _____ |
| | Name | |
| | | |
| | Street | |
| | | |
| | City                        State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | | |
| | Name | |
| | | |
| | Street | |
| | | |
| | City                        State          ZIP Code | |

Debtor    Schultz Investments 21, Inc.
          _____            Case number (if known) 1:23-bk-10618-VK
          Name

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.2. | Name | |
|  | Street | |
|  | City                State         ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

| 26d.1. | Name |
|---|---|
|  | Street |
|  | City                State         ZIP Code |

**Name and address**

| 26d.2. | Name |
|---|---|
|  | Street |
|  | City                State         ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

| 27.1. | Name |
|---|---|
|  | Street |
|  | City                State         ZIP Code |

Debtor    Schultz Investments 21, Inc.    Case number (if known) 1:23-bk-10618-VK
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.    _____
         Name

         _____
         Street

         _____
         City                    State         ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____<br>City          State     ZIP Code | | _____ | |
| Relationship to debtor<br>_____ | | _____ | |

Debtor    Schultz Investments 21, Inc.                                          Case number (if known) 1:23-bk-10618-VK
            Name

**Name and address of recipient**

30.2

_____
Name

_____
Street

_____

_____
City                              State       ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                  corporation

_____                  EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                  EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Part 14:     Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/15/2023
               MM / DD / YYYY

✗ _____         Printed name  Dinorah L Cordova
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Vice-President, Secretary

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dixon G. Kummer<br>2031 F St<br>Bakersfield, Ca. 93301<br>Tel (661)324-2700<br>Fax (661)324-2790<br>State Bar 125960<br>Email: dkummer@kummerlaw.net<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br><br>Schultz Investments 21, Inc.<br>1702 Highclere Way<br>Bakersfield, CA. 93311<br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-10618-VK<br>CHAPTER: 11<br><br><br>### VERIFICATION OF MASTER<br>### MAILING LIST OF CREDITORS<br><br>### [LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  05/15/2023 _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:  05/15/2023 _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**