1  **PETER C. ANDERSON**
2  **UNITED STATES TRUSTEE**
   Eryk R. Escobar, Bar No. 281904
3  Assistant United States Trustee
   Katherine C. Bunker, Bar No. 240593
4  Attorney for the United States Trustee
   **OFFICE OF THE UNITED STATES TRUSTEE**
5  915 Wilshire Blvd., Ste. 1850
   Los Angeles, CA 90017
6  Telephone: (213) 894-3326; Facsimile (213) 894-0276
   Email: kate.bunker@usdoj.gov
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

| | |
|---|---|
| In re | Case No. 1:23-bk-10618-VK |
| **SCHULTZ INVESTMENTS 21, INC,** | Chapter 11 |
| Debtor(s). | **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b) TO DISMISS OR, IN THE ALTERNATIVE, TO CONVERT CASE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF AUDITOR MARLENE FOUCHE IN SUPPORT THEREOF** |
| | Hearing Date: June 15, 2023 Time: 1:00 pm Place: Courtroom 301 (via ZoomGov) 21041 Burbank Blvd. Woodland Hills, CA 91367 |

23        TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES

24  BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR,

25  AND ALL PARTIES IN INTEREST:

26        PLEASE TAKE NOTICE THAT, on June 15, 2023, at 1:00 pm, or as soon thereafter as the

27  matter may be heard, the United States Trustee for Region 16 (the "U.S. Trustee"), through the

28  undersigned attorney, will and hereby does move this Court to enter an order dismissing this case,

or, in the alternative, converting this case to chapter 7, for cause pursuant to 11 U.S.C. § 1112(b) and for such other relief as may be appropriate on the grounds set forth below.

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology.  Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided below.

1.    Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

2.    Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

3.    Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

4.    Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

5.    The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

6.    All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

7.    The following is the unique ZoomGov connection information for the above-referenced hearing:

**Join By Computer**
Web link:  https://cacb.zoomgov.com/j/1604228467
Meeting ID: 160 422 8467
Password:  713702

**Join By Telephone**
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 160 422 8467
Password: 713702

8.    More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:   https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Dated: May 22, 2023                              Respectfully submitted,
                                                 PETER C. ANDERSON
                                                 UNITED STATES TRUSTEE

                                                 /s/ *Katherine C. Bunker*
                                                 By:  Katherine C. Bunker
                                                         Attorney for the United States Trustee

1

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2

**I.    <u>INTRODUCTION</u>**

3    The United States Trustee for Region 16 (the "U.S. Trustee") alleges that cause exists for

4  dismissal of the instant case pursuant to 11 U.S.C. § 1112(b)(4)(C), (F), and (H)[1] because the

5  debtor has failed to provide sufficient proof of insurance and submit a complete 7-day package.

6  Thus, dismissal of the case for cause is warranted under § 1112(b)(4)(C), (F), and (H).

7

**II.    <u>JURISDICTION AND STANDING</u>**

8    This Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C.

9  § 157(a) and (b)(1) and 28 U.S.C. § 151.   This is a core proceeding under 28 U.S.C. § 157

10  (b)(2)(A) and (B).  This motion is filed pursuant to § 1112(b).

11

**III.    <u>STATEMENT OF FACTS</u>**

12    1.    On May 8, 2023, Schultz Investments 21, Inc. (the "Debtor") filed a voluntary

13  chapter 11 petition.  Declaration of Marlene Fouche ("Fouche Dec."), Exhibit A (copy of case

14  docket).

15    2.    The Debtor's schedules list the following real property:

16        a.   8414 Columbus Way, Unit 9, North Hills, CA 91343,

17        b.   8414 Columbus Way, Unit 2, North Hills, CA 91343, and

18        c.   1315 Robinson Street, Bakersfield, CA 93305.

19  Fouche Dec., Exhibit C (copy of Schedule A/B).

20    3.    The Debtor remains the debtor-in-possession and therefore is required to comply

21  with the United States Trustee Guidelines which impose certain duties, responsibilities, and

22  reporting requirements on the Debtor.

23    4.    Although the U.S. Trustee has emailed Debtor's counsel about the lack of

24  compliance with the United States Trustee Guidelines and/or Local Bankruptcy Rules, Fouche

25  Dec. ¶4, to date the Debtor still has not submitted the following documents and/or reports:

26

---

27    [1] Unless otherwise indicated, all chapter, section, and rule references are to the Bankruptcy
Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-
28  9037.

4

a. Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession ("Chapter 11 Compliance Declaration").

b. Real Property Questionnaire(s).

c. Sufficient evidence of closing of all pre-petition bank accounts including: (a) closing bank statements; and/or (b) bank account information in the Chapter 11 Compliance Declaration.

d. Sufficient evidence of the opening and maintenance of the three debtor-in-possession bank accounts (general, payroll and tax)[2] including a copy of the "debtor-in-possession" check for each account.

e. Sufficient evidence of current insurance coverage including: (a) the declaration page for each policy; and/or (b) insurance information in the Chapter 11 Compliance Declaration.

f. Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance Declaration.

g. List of insiders as defined in 11 U.S.C. § 101(31) in the Chapter 11 Compliance Declaration.

h. Financial Statement information in the Chapter 11 Compliance Declaration.

i. Projected cash flow statement for the first 90 days of operation under chapter 11.

j. Conformed copy(ies) of the recording of the Debtor(s)'s bankruptcy petition in each county in which real property is owned.

k. Statement of Major Issues and Timetable Report.

l. Copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns.

m. Employee Benefit Plan Questionnaire.

Fouche Dec. ¶5.

## III.  **LEGAL ARGUMENT**

Dismissal or conversion of a chapter 11 case is governed by § 1112(b), which provides, in pertinent part: ". . . on request of a party in interest or the United States trustee . . . and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 of this title or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause. . . ." 11 U.S.C. § 1112(b)(1).

Congress granted bankruptcy courts broad discretion to convert or dismiss a chapter 11 bankruptcy case for "cause" under § 1112(b). *See, e.g., Consol. Pioneer Mortgage Entities v. U.S. Trustee (In re Consol. Pioneer Mortgage Entities)*, 264 F.3d 803, 806-07 (9th Cir. 2001) (decision

---

[2] Unless the Debtor(s) has requested in writing that the U.S. Trustee waive one or more of the required accounts, and the U.S. Trustee has granted the request in writing.

1  to convert a case to chapter 7 is within bankruptcy court's discretion); *Loop Corp. v. U.S. Trustee*,

2  379 F.3d 511, 515 (8th Cir. 2004) (bankruptcy court has broad discretion in deciding to dismiss or

3  convert chapter 11 case). Section 1112(b)(4) provides a non-exhaustive list of what may constitute

4  "cause" for dismissal or conversion, including –

> (A) substantial or continuing loss to or diminution of the estate and the absence of a
> reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate;
> (C) failure to maintain appropriate insurance that poses a risk to the estate or to
> the public; (D) unauthorized use of cash collateral substantially harmful to 1 or
> more creditors; (E) failure to comply with an order of the court; (F) unexcused
> failure to satisfy timely any filing or reporting requirement established by this
> title or by any rule applicable to a case under this chapter; (G) failure to attend
> the meeting of creditors convened under section 341(a) or an examination
> ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure without
> good cause shown by the debtor; (H) failure timely to provide information or
> attend meetings reasonably requested by the United States Trustee (or the
> bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the
> date of the order for relief or to file tax returns due after the date of the order for
> relief; (J) failure to file a disclosure statement, or to file or confirm a plan,
> within the time fixed by this title or by order of the court; (K) failure to pay any
> fees or charges required under chapter 123 of title 28; (L) revocation of an
> order of confirmation under section 1144 of this title; (M)  inability to
> effectuate substantial consummation of a confirmed plan; (N) material default
> by the debtor with respect to a confirmed plan; (O) termination of a confirmed
> plan by reason of the occurrence of a condition specified in the plan; and (P)
> failure of the debtor to pay any domestic support obligation that first becomes
> payable after the date of the filing of the petition.

11 U.S.C. § 1112(b)(4). Once cause for relief under § 1112(b) is established, the court is required

to grant relief. *See, e.g., In re Products Intern Co.*, 395 B.R. 101, 107 (Bankr. D. Ariz. 2008)

(discussing 2005 amendment to § 1112 changing "may" to "shall").

> *A. Cause Exists to Dismiss or Convert the Case Based on Debtor's Failure to Comply*
> *with the United States Trustee's Guidelines under § 1112(b)(4)(F) and (H)*

Section 1112(b)(4)(F) and (H), respectively, provide that the court shall dismiss or convert

a case for cause based on the debtor's "unexcused failure to satisfy timely any filing or reporting

requirement established by this title or by any rule applicable to a case under this chapter" and/or

the debtor's "failure timely to provide information or attend meetings reasonably requested by the

United States Trustee[.]" Local Bankruptcy Rule 2015-2(a) provides that timely compliance with

the reasonable requirements of the U.S. Trustee is mandatory. Thus, a debtor's failure to comply with the reporting requirements of the U.S. Trustee and the Local Bankruptcy Rules is cause to dismiss this chapter 11 case or convert it to one under chapter 7, pursuant to 11 U.S.C. § 1112(b)(1) and (b)(4)(F) and (H). *See also In re 3868-70 White Plains Road Inc.*, 28 B.R. 515 (Bankr. S.D.N.Y. 1983); *In re Bianco*, 5 B.R. 466 (Bank. D. Mass.1980); *In re Pappas*, 17 B.R. 662 (Bankr. D. Mass. 1982).

The United States Trustee Guidelines and Requirements for Chapter 11 Debtors In Possession impose certain duties, responsibilities, and reporting requirements on a debtor in possession. One of the requirements is that the debtor electronically submit within seven days of the petition date, the case is converted, or an order for relief is entered, various documents relating to the debtor's real property, prepetition bank accounts, debtor-in-possession bank accounts, insurance coverage, certificates and licenses, projected cash flow statement, statement of major issues and timetable report, employee benefit plan questionnaire, declaration regarding compliance with the Guidelines, tax returns, proof of recording of the chapter 11 petition, list of insiders, pre-petition financial statements, and domestic support obligations (collectively, the "7 Day Package"). U.S. Trustee Program – Region 16, Guidelines and Requirements for Chapter 11 Debtors In Possession, Section III *available at* https://www.justice.gov/ust-regions-r16/region-16-general-information (last visited May 4, 2023).

Here, the Debtor has failed to comply with the reporting requirements of the U.S. Trustee by failing to submit a complete 7 Day Package despite being given notice of the missing documents. Specifically, to date the Debtor has not provided:

  a. Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession ("Chapter 11 Compliance Declaration").
  b. Real Property Questionnaire(s).
  c. Sufficient evidence of closing of all pre-petition bank accounts including: (a) closing bank statements; and/or (b) bank account information in the Chapter 11 Compliance Declaration.
  d. Sufficient evidence of the opening and maintenance of the three debtor-in-possession bank accounts (general, payroll and tax) including a copy of the "debtor-in-possession" check for each account.

e.  Sufficient evidence of current insurance coverage including: (a) the declaration page for each policy; and/or (b) insurance information in the Chapter 11 Compliance Declaration.

f.  Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance Declaration.

g.  List of insiders as defined in 11 U.S.C. § 101(31) in the Chapter 11 Compliance Declaration.

h.  Financial Statement information in the Chapter 11 Compliance Declaration.

i.  Projected cash flow statement for the first 90 days of operation under chapter 11.

j.  Conformed copy(ies) of the recording of the Debtor(s)'s bankruptcy petition in each county in which real property is owned.

k.  Statement of Major Issues and Timetable Report.

l.  Copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns.

m.  Employee Benefit Plan Questionnaire.

Fouche Dec. ¶5.

B.  *Cause Exists to Dismiss or Convert the Case Based on the Debtor's Failure to Provide Proof of Adequate Insurance under § 1112(b)(4)(C)*

Section 1112(b)(4)(C) provides that the court shall dismiss or convert a case for cause based on the debtor's "failure to maintain appropriate insurance that poses a risk to the estate or to the public." Here, the Debtor's insurance policy for the following real/personal properties has not been provided:

a.  8414 Columbus Way Unit 9, North Hills, CA 91343,

b.  8414 Columbus Way Unit 2, North Hills, CA 91343, and

c.  1315 Robinson St, Bakersfield, CA 93305.

Fouche Dec. ¶6. The U.S. Trustee has reached out to the Debtor's counsel about the need to provide proof of insurance, but the Debtor has not provided any evidence to date. *Id.* ¶4.

C.  *There Do Not Appear to be Any Unusual Circumstances*

When a court determines cause exists to convert or dismiss it must also identify whether there are unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate. *See In re Sullivan*, 522 B.R. 604, 612 (9th Cir. BAP 2014). In this case, there appear to be no unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate.

/ / /

IV.    **CONCLUSION**

Based on the foregoing, the United States Trustee respectfully requests that the Court dismiss this case pursuant to § 1112(b)(4)(C), (F), and (H).  In the alternative, if the Court determines that dismissal is not appropriate, the U.S. Trustee requests that this case be converted to Chapter 7.

Dated: May 22, 2023

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ *Katherine C. Bunker*

By:  Katherine C. Bunker
        Attorney for the United States Trustee

## DECLARATION OF MARLENE FOUCHE

I, Marlene Fouche, declare,

1.      I am an Auditor with the Los Angeles, California office of the United States Trustee and am the Auditor assigned to this bankruptcy case.  I am over the age of eighteen and I have personal knowledge of the facts set forth herein. On behalf of the U.S. Trustee, and in the course and scope of my regular duties, I have reviewed the case docket and the filings therein, including the Debtor's petition and schedules filed with the Court.

2.      Attached hereto as **Exhibit A** is a true copy of the court's electronic docket which I printed from the electric case files of the U.S. Bankruptcy Court for the Central District of California.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the petition, filed in this case on May 8, 2023; **Exhibit C** contains a true and correct copy of the Statements and Schedules including Schedule A/B, filed in this case on May 15, 2023, which I printed from the electronic case files of the U.S. Bankruptcy Court for the Central District of California.

4.      On May 18, 2023, I reached out to the Debtor's counsel about the missing 7 Day Package items, including proof of insurance for the Debtor's real properties.

5.      To date, the following 7 Day Package items remain outstanding:

a.  Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements for Chapter 11 Debtors in Possession ("Chapter 11 Compliance Declaration").
b.  Real Property Questionnaire(s).
c.  Sufficient evidence of closing of all pre-petition bank accounts including: (a) closing bank statements; and/or (b) bank account information in the Chapter 11 Compliance Declaration.
d.  Sufficient evidence of the opening and maintenance of the three debtor-in-possession bank accounts (general, payroll and tax) including a copy of the "debtor-in-possession" check for each account.
e.  Sufficient evidence of current insurance coverage including: (a) the declaration page for each policy; and/or (b) insurance information in the Chapter 11 Compliance Declaration.
f.  Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance Declaration.
g.  List of insiders as defined in 11 U.S.C. § 101(31) in the Chapter 11 Compliance Declaration.
h.  Financial Statement information in the Chapter 11 Compliance Declaration.
i.  Projected cash flow statement for the first 90 days of operation under chapter 11.

j.  Conformed copy(ies) of the recording of the Debtor(s)'s bankruptcy petition in each county in which real property is owned.

k.  Statement of Major Issues and Timetable Report.

l.  Copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns.

m.  Employee Benefit Plan Questionnaire.

6.      To date, current insurance policy for the following real properties has not been provided to the U.S. Trustee:

a.  8414 Columbus Way Unit 9, North Hills, CA 91343,

b.  8414 Columbus Way Unit 2, North Hills, CA 91343, and

c.  1315 Robinson St, Bakersfield, CA 93305.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on May 22, 2023, in Los Angeles, California.

Marlene Fouche

**Exhibit A**

5/18/23, 1:19 PM Case 1:23-bk-10618-VK Doc 20 CMfiled.05/23/23.ptcy Entered.05/23/23 08:39:03 Desc
Main Document Page 13 of 71

DsclsDue, PlnDue

# U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
### Bankruptcy Petition #: 1:23-bk-10618-VK

*Date filed:* 05/08/2023
*341 meeting:* 06/13/2023
*Deadline for objecting to discharge:* 08/14/2023

*Assigned to:* Victoria S. Kaufman
Chapter 11
Voluntary
Asset

**Debtor**
**Schultz Investments 21, Inc**
1702 Highclere Way
Bakersfield, CA 93311
KERN-CA
Tax ID / EIN: 84-4652543

represented by **Dixon G Kummer**
2031 F St
Bakersfield, CA 93301
661-324-2700
Email: dkummer@kummerlaw.net

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

represented by **Katherine Bunker**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
213-894-3326
Fax : 213-894-0276
Email: kate.bunker@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2023 | 1 (12 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Schultz Investments 21, Inc List of Equity Security Holders due 5/22/2023. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 5/22/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 5/22/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 5/22/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 5/22/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 5/22/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 5/22/2023. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 5/22/2023. Statement of Financial Affairs (Form 107 or 207) due 5/22/2023. Corporate Ownership Statement (LBR Form F1007-4) due by 5/22/2023. Statement of Related Cases (LBR Form F1015-2) due 5/22/2023. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 5/22/2023. Incomplete Filings due by 5/22/2023. (TK) (Entered: 05/08/2023) |
| 05/08/2023 | 2 | Driver's License Document Filed by Debtor Schultz Investments 21, Inc. (TK) (Entered: 05/08/2023) |
| 05/08/2023 | | Receipt of Chapter 11 Filing Fee - $1738.00 by 16. Receipt Number 10076611. (admin) (Entered: 05/08/2023) |
| 05/09/2023 | 3 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/13/2023 at 10:00 AM at UST-SVND2, TELEPHONIC MEETING. CONFERENCE LINE:1- |

| | | AB:9260-9498, TAX ID/EIN/TAX CODE:6468388. Last day to oppose discharge or dischargeability is 8/14/2023. (AG1) (Entered: 05/09/2023) |
|---|---|---|
| 05/09/2023 | [4](#)<br>(4 pgs) | Order to Show Cause re: Dismissal (BNC-PDF) (Related Doc # [1](#) ) Signed on 5/9/2023 (PG) (Entered: 05/09/2023) |
| 05/09/2023 | 5 | Hearing Set Order to Show Cause hearing to be held on 5/18/2023 at 01:00 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Victoria S. Kaufman (PG). Related document(s) [4](#) Order to Show Cause for Dismissal of Case (BNC-PDF). (Entered: 05/09/2023) |
| 05/10/2023 | [6](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Schultz Investments 21, Inc) No. of Notices: 1. Notice Date 05/10/2023. (Admin.) (Entered: 05/10/2023) |
| 05/10/2023 | [7](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Schultz Investments 21, Inc) No. of Notices: 1. Notice Date 05/10/2023. (Admin.) (Entered: 05/10/2023) |
| 05/11/2023 | [8](#)<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)[3](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 8. Notice Date 05/11/2023. (Admin.) (Entered: 05/11/2023) |
| 05/11/2023 | [9](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[4](#) Order to Show Cause for Dismissal of Case (BNC-PDF)) No. of Notices: 1. Notice Date 05/11/2023. (Admin.) (Entered: 05/11/2023) |
| 05/15/2023 | [10](#)<br>(42 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Statement of Corporate Ownership filed. , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Amended Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Schultz Investments 21, Inc (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (LF1) (Entered: 05/15/2023) |
| 05/15/2023 | [11](#)<br>(2 pgs) | Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Schultz Investments 21, Inc . (LF1) (Entered: 05/15/2023) |
| 05/15/2023 | 14 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Schultz Investments 21, Inc . (LF1) (Entered: 05/16/2023) |
| 05/16/2023 | [12](#)<br>(2 pgs) | List of Equity Security Holders Filed by Debtor Schultz Investments 21, Inc (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (RT) (Entered: 05/16/2023) |
| 05/16/2023 | [13](#)<br>(3 pgs) | Substitution of attorney for debtor. Filed by Debtor Schultz Investments 21, Inc . (RT) (Entered: 05/16/2023) |

| | | |
|---|---|---|
| 05/17/2023 | <u>15</u><br>(7 pgs) | Order Setting Hearing On Status Of Chapter 11 Case And Requiring Report On Status Of Chapter 11 Case (BNC-PDF) (Related Doc # <u>1</u> ) Signed on 5/17/2023 (LF1) (Entered: 05/17/2023) |
| 05/17/2023 | 16 | Hearing Set (Re: Doc. #<u>1</u>) Status hearing to be held on 6/8/2023 at 01:00 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Victoria S. Kaufman (LF1) (Entered: 05/17/2023) |
| 05/17/2023 | <u>17</u><br>(1 pg) | Notice of order req. filing of stat report and appear at stat conf or case will be dism or conv for failure to comp (BNC) (LF1) (Entered: 05/17/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/18/2023 13:19:10 | | |
| **PACER Login:** | FoucheMarlene | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-bk-10618-VK Fil or Ent: filed From: 2/17/2023 To: 5/18/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit B



**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____
                    (State)

Case number (if known): _____    Chapter 11

FILED

MAY - 8 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Schultz Investments 21, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 4 – 4 6 5 2 5 4 3 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8414 Columbus Way Unit 9 | 1702 Highclere WAy |
| Number     Street | Number     Street |
| | P.O. Box |
| North Hills    CA    91343 | Bakersfield    CA    93311 |
| City    State    ZIP Code | City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | 8414 Columbus Way Unit 9 |
| County | Number     Street |
| | North Hills    CA    91343 |
| | City    State    ZIP Code |

5. Debtor's website (URL)    _____

| Debtor | Schultz Investments 21, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

531000 ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

016

| Debtor | Schultz Investments 21, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                             MM / DD / YYYY

District _____ When _____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   Trust Deed Sale Date

**Where is the property?** 8414 Caolumbus Way Uniit 9
Number          Street

North Hills                                    Ca        91343
City                                          State ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | Schultz Investments 21, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/08/2023
MM / DD / YYYY

X _____    Dinorah L Cordova
Signature of authorized representative of debtor    Printed name

Title Vice-President, Secretary

---

Debtor  Schultz Investments 21, Inc.                                    Case number (if known)_____
        _____
        Name

**18. Signature of attorney**        ✗ _____        Date  _____
                                        Signature of attorney for debtor                    MM  / DD  / YYYY


                                        _____
                                        Printed name

                                        _____
                                        Firm name

                                        _____
                                        Number       Street

                                        _____        _____
                                        City                                    State        ZIP Code

                                        _____        _____
                                        Contact phone                           Email address

                                        _____        _____
                                        Bar number                              State

019

**Fill in this information to identify the case:**

Debtor name  *Schultz Investment 21, Inc.*

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)

Case number (If known): _____

☐ Check if this is an
    amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | N/A | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

020

Debtor    Schultz Investments 21, LLC.
      _Name_

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 N/A. | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

MEMBER RESOLUTION
OF
SCHULTZ INVETSMENTS 21, INC.

We, the undersigned Member(s) of Schultz Invetsments 21, Inc., a limited liability company duly
organized and existing under the laws of California (hereinafter the "Company"), with authority
granted in the Operating Agreement to make binding resolutions on behalf of the Company, hereby
resolve:

Schultz Investments 21, Inc. allowed to file Bankcrupcy Chapter 11 on 5-08-2023.

By affirmative votes noted as signatures below, a majority vote of the Members of Schultz
Invetsments 21, Inc. with authority to bind the Company approves the form and content of this
resolution, to be effective immediately.

MEMBERS

_____                    5-8-23
Dinorah L Cordova and Nathan T Schultz                       Date
Member


Circle this L.S. as there is no company seal.

**Schultz Investments 21, Inc.**


**Secured Creditors List Page 1**


1.) Columbus Town Park
Condominiums Homeowner Association
c/o SBS Lien Services
31194 La Baya Drive Suite 106
Westlake Village, Ca. 91362


2.) Fazal Rahman and Rosie
Gul Rahman, Trustee of The Rahman Family Trust dated 02/14/2017
7637 Greg Avenue
Los Angeles, Ca. 91352


3.) Fazal Rahman and Rosie
Gul Rahman, Trustee of The Rahman Family Trust dated 02/14/2017
7637 Greg Avenue
Los Angeles, Ca. 91352


4.) Gabe W. Kass
P.O. BOX 6093
Huntington Beach, Ca. 92615


5.) Lucriferous Holdings, LLC. 8252
Note Trust and Jackson Note Trust
8252 Kingsdale Drive
Huntington Beach, Ca. 92808


6.) Patrick S. Ince,
California TD Specialists
8190 East Kaiser Blvd
Anaheim Hills, Ca. 92808

**Schultz Investments 21, Inc.**


**Secured Creditors List Page 2**



7.) Robert Adrian Angeleri III
And Iris Ageleri, husband and wife as Joint Tenants as 3/22/22
C/O Redwood Trust Deed Services, Inc.
P.O. BOX 6875
Santa Rosa, Ca. 95406-0875


8.)  Zippora Williams Bochner a married woman sole separate property.
P.O. Box 124
Los Angeles, Ca. 90027

024

**Exhibit C**

23-10618-VK

FILED

MAY 15 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

### STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    8414 Columbus Way Unit 9, North Hills, Ca. 931343
    8414 Columbus Wau Unit 2, North Hills, VA. 931343
    1315 Robinson Way, Bakersfield, CA. 93305

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Bakersfield_____, California

_____
Signature of Debtor 1

Date: _05/15/2023_____

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

025

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dixon G. Kummer<br>2031 F St<br>Bakersfield, Ca. 93301<br>Tel (661)324-2700<br>Fax (661)324-2790<br>State Bar 125960<br>Email: dkummer@kummerlaw.net | |
| ☒ *Attorney for:* Schultz Investments 21, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br>Schultz Investments 21, Inc.<br>1702 Highclere Way<br>Bakersfield, Ca. 93311<br><br><br>Debtor(s). | CASE NO.: 1:23-bk-10618-VK<br>ADVERSARY NO.:<br>CHAPTER: 11      [▼] |
|---|---|
| <br><br><br>Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* __Dixon G. Kummer__, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/15/2023 _____          By: _____
                                         Signature of Debtor, or attorney for Debtor

                                    Name:  Dixon G Kummer _____
                                         Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**
                                                                          027

Fill in this information to identify the case:

Debtor name  Schultz Investments 21, Inc.

United States Bankruptcy Court for the: Central _____ District of  Ca
(State)

Case number (if known):  1:23=bk-10618-VK

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B* ................................................................ $ ___1,100,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $ _____0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................ $ ___1,100,000.00

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ ___820,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................ $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................ + $ _____0.00

4. **Total liabilities**................................................................................................ $ ___820,000.00
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name __Schultz Investments 21, Inc.__

United States Bankruptcy Court for the: __Central__ District of __Ca__
(State)

Case number (If known): __1:23-bk-10618-VK__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand** — $ 2,000.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Bank Of America | Checking | 0  4  5  9 | $ 4,500.00 |
| 3.2. | | | $ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. none | $ 0.00 |
| --- | --- |
| 4.2. | $ 0.00 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 6,500.00

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $ |
| --- | --- |
| 7.2. | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                        $_____0.00

---

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........ ➜   $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........ ➜   $_____
                            face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____0.00

---

**Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1._____   _____%   $_____

15.2._____   _____%   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                      $_____0.00

---

Debtor   Schultz Investments 21, Inc.   Case number (if known) 1:23-bk-10618-VK
          Name

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method _____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

031

Debtor    Schultz Investments 21, Inc.    Case number *(if known)* 1:23-bk-10618-VK
      Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

$  \fbox{0.00}

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

$  \fbox{0.00}

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor   Schultz Investments 21, Inc.   Case number (if known) 1:23-bk-10618-VK
       Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Schultz Investments 21, Inc.    Case number *(if known)* 1:23-bk-10618-VK
Name

---

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  8414 Columbus Way Unit 9 | 275000.00 | $ 425,000.00 | Zillow | $ 325,000.00 |
| 55.2  8414 Columbus Way Unit 2 | 240000.00 | $ 425,000.00 | Zillow | $ 325,000.00 |
| 55.3  1315 Robinson St | 165000.00 | $ 250,000.00 | Zillow | $ 250,000.00 |
| 55.4  8414 Columbus Way Unit 9 | 70000.00 | $ 425,000.00 | Zillow | $ 100,000.00 |
| 55.5  8414 Columbus Way Unit 2 | 70000.00 | $ 425,000.00 | Zillow | $ 100,000.00 |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,100,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 6

034

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = ➡ $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    035 page 7

Debtor  Schultz Investments 21, Inc.            Case number (if known)  1:23-bk-10618-VK
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................. ➔ | | $ 1,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 6,500.00 | + 91b. $ 110,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................  $ 1,165,000.00

---

**Fill in this information to identify the case:**

Debtor name __Schultz Investments 21, Inc.__

United States Bankruptcy Court for the: __Central__ District of __Ca__
(State)

Case number (If known): __1:23-bk-10618-VK__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Columbus Town Park

**Creditor's mailing address**
31194 La Baya Drive
Westlake Village, Ca. 91362

**Creditor's email address, if known**

**Date debt was incurred** 06/01/2022
**Last 4 digits of account number** Unit 2 ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
  HOA and 3 Lien Position

**Describe debtor's property that is subject to a lien**
8414 Columbus Way Unit 2

North Hills, Ca. 91343

**Describe the lien**
3 Lien Position as HOA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 17,000.00    $ 425,000.00

**2.2**

**Creditor's name**
Fazal Rahman and Rosie Gu Rahm

**Creditor's mailing address**
7637 Greg Ave,
Los Angeles, Ca.91352

**Creditor's email address, if known**

**Date debt was incurred** 06/01/2022
**Last 4 digits of account number** Unit 2 ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    2 Position Lien Holder
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
8414 Columbus Way Unit 2

North Hills, Ca. 91343

**Describe the lien**
2 position

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00    $ 425,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 82,000.00

Debtor  Schultz Investments 21, Inc.                    Case number (if known) 1:23-bk-10618-VK
        Name

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

   Fazal Rahman and Rosie Gul

Creditor's mailing address
7637 Greg Avenue

Los Angeles, Ca. 91352

Creditor's email address, if known

Date debt was incurred   06/01/2022
Last 4 digits of account
number          unit 9 __ __

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     2 Position Lien Holder

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

8414 Columbus Way Unit 9

North Hills, CA. 91343

$ 75,000.00    $ 425,000.00

Describe the lien
2 Position as a Lien Holder

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

   Gave W Kass

Creditor's mailing address

P.O. Box.

Huntington Beach, Ca. 92615

Creditor's email address, if known

Date debt was incurred   06/01/2022
Last 4 digits of account
number          Unit 9 __ __

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     1Lien Position

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

8414 Columbus Unit 9

North Hils, CA. 91343

$ 275,000.00    $ 425,000.00

Describe the lien
1 LIEN POSITION

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor    Schultz Investments 21, Inc.                                    Case number (if known)  1:23-bk-10618-VK
            Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Luciferous Holdings, LLC. 8252 (Note Trust JACKSON Note Trust) 8252 Kingsdale Drive Huntington Beach, Ca. 92808 | Line 2.3 | Unit 9 __ __ |
| Patrick S. Ince, California TD Specialists 8190 East Kaiser Blvd Anaheim,Ca92808 | Line 2.3 | Unit 9 __ __ |
| Robert Adrian Angeleri III And Iris Ageleri, husband and wife as Joint Tenants as 3/22/22 C/O Redwood Trust Deed Services, Inc. P.O. Box 6875 | Line 2. __ | 1315 Robinso |
| Zippora Williams Bochner A married woman Sole Separate Property P.O. Box Los Angeles, Ca. 90027 | Line 2. __ | Unit 2 |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Schultz Investments 21, Inc. |
| United States Bankruptcy Court for the: | Central   District of Ca |
| | (State) |
| Case number | 1:23-bk-10618-VK |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Schultz Investments 21, Inc.                    Case number (if known) 1:23-bk-10618-VK
        Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the          Total claim          Priority amount
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2._** Priority creditor's name and mailing address                                              $_____    $_____

_____          As of the petition filing date, the claim is:
                                       *Check all that apply.*
_____          ☐ Contingent
_____          ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          _____

Last 4 digits of account                 Is the claim subject to offset?
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                              $_____    $_____

_____          As of the petition filing date, the claim is:
                                       *Check all that apply.*
_____          ☐ Contingent
_____          ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          _____

Last 4 digits of account                 Is the claim subject to offset?
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                              $_____    $_____

_____          As of the petition filing date, the claim is:
                                       *Check all that apply.*
_____          ☐ Contingent
_____          ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          _____

Last 4 digits of account                 Is the claim subject to offset?
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                              $_____    $_____

_____          As of the petition filing date, the claim is:
                                       *Check all that apply.*
_____          ☐ Contingent
_____          ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          _____

Last 4 digits of account                 Is the claim subject to offset?
number  ___ ___ ___ ___                  ☐ No
                                         ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  Schema Investments 2Y, Inc.    Case number (if known) 1:23-bk-10618-VK
_____      _____
Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

None

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Schultz Investments 21, Inc.
Name

Case number (if known) 1:23-bk-10618-VK

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

043

Debtor    Schultz Investments 2 Inc.    Case number (if known) 1:23-bk-10618-VK
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | None | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   Schulze Investments 21, Inc.
Name

Case number (if known)   1:23-bk-10618-VK

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ | |
| | ❑ Not listed. Explain _____ | ___ ___ ___ ___ |

045

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name __Schultz Investments 21, Inc.__

United States Bankruptcy Court for the __Central__ _____ District of __Ca__
                                                                        (State)
Case number (If known): __1:23-bk-10618-VK__ _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor     Schultz Investments 21, Inc.                                    Case number (*if known*)  1:23-bk-10618-VK
           _____
           Name

▓  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest
     State the term remaining
     List the contract number of any government contract

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify the case:**

Debtor name __Schultz Invetments 21, Inc.__

United States Bankruptcy Court for the: __Central__ District of __Ca__
                                           (State)

Case number (If known): __1:23-bk-10618-VK__

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors
                                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   Schultz Invetments 21, Inc.
         _____
         Name

Case number *(if known)*  1:23-bk-10618-VK

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                    Column 2: **Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  Schultz Investments 21, Inc.

United States Bankruptcy Court for the: Central    District of  CA
                                                              (State)

Case number (*If known*):    1:23-bk-10618-VK

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/15/23          X _____
      MM / DD / YYYY              Signature of individual signing on behalf of debtor

                          Dinorah L Cordova
                          Printed name

                          Vice-President, Secretary
                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Schultz Investments 21, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __1:23-bk-10618-VK__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01012023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☑ Other  Rents | $ 35,000.00 |
| **For prior year:** | From 01012022<br>MM / DD / YYYY | to | 12312022<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other  RENTS | $ 375,000.00 |
| **For the year before that:** | From 01012021<br>MM / DD / YYYY | to | 12312021<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other  RENTS | $ 425,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Schultz Investments 21, Inc. | Case number (if known) 1:23-bk-10618-VK |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | | $ | ☐ Secured debt |
| | Street | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | | $ | ☐ Secured debt |
| | Street | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | | $ | _____ |
| | Street | | | _____ |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | | |
| | Insider's name | | $ | _____ |
| | Street | | | _____ |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |

---

| Debtor | Schultz Investments 21, Inc. | Case number (if known) | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City        State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City        State        ZIP Code | |

| Debtor | Schultz Investments 21, Inc. | Case number (if known) | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | |
| _____ | | _____ |
| City          State       ZIP Code | **Case number** | Name |
| | _____ | _____ |
| | | Street |
| | **Date of order or assignment** | _____ |
| | _____ | City          State       ZIP Code |

---

### Part 4:    Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** _____ | | | $_____ |
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

### Part 5:    Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets -- Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

Debtor    Schultz Investments 21, Inc.    Case number (if known) 1:23-bk-10618-VK
_____    _____
Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City           State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City           State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | _____ | | |
| | _____ | | | |

---

| Debtor | Schultz Investments 21, Inc. | Case number *(if known)* | 1:23-bk-10618-VK |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | | | $_____ |
| 13.2. | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|
| 14.1. | 4807 Mattherhorn Way | | | From | 01/01/2020 | To 01/01/2021 |
| | Street | | | | | |
| | Bakersfield | Ca | 93311 | | | |
| | City | State | ZIP Code | | | |
| 14.2. | _____ | | | From | _____ | To _____ |
| | Street | | | | | |
| | _____ | | | | | |
| | City | State | ZIP Code | | | |

Debtor    Schultz Investments 21, Inc.                          Case number *(if known)*   1:23-bk-10618-VK
_____
Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____        Location where patient records are maintained (if different from facility      How are records kept?
Street                           address). If electronic, identify any service provider.
_____                                                                   *Check all that apply:*
City        State    ZIP Code                                                               ☐ Electronically
                                                                                            ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____        Location where patient records are maintained (if different from facility      How are records kept?
Street                           address). If electronic, identify any service provider.
                                                                                            *Check all that apply:*
_____                                                                   ☐ Electronically
City        State    ZIP Code                                                               ☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan                                              Employer identification number of the plan

_____                EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?
☐ No
☐ Yes

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 7

058

Debtor    Schultz Investments 21, Inc.
     Name
Case number (if known) 1:23-bk-10618-VK

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank Of America<br>Name<br>1440 Truxtun Ave<br>Street<br>Bakersfield , Ca. 93307<br>City   State   ZIP Code | XXXX–6 5 7 0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 01/01/2023 | $ 1,000.00 |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Schultz Investments 21, Inc.                                   Case number (if known) 1:23-bk-10618-VK
_____
Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor   Schultz Investments 21, Inc.
_____
       Name

Case number (*if known*)  1:23-bk-10618-VK

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

25.1.
Name _____
Street _____
_____
City    State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

25.2.
Name _____
Street _____
_____
City    State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

25.3.
Name _____
Street _____
_____
City    State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

---

Debtor    Schultz Investments 21, Inc.    Case number (if known) 1:23-bk-10618-VK
_____Name_____

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | Dinorah L Cordova | | From 01/01/2020  To  Present |
| | Name | | |
| | 1702 Highclere Way | | |
| | Street | | |
| | Bakersfield | Ca | 93311 |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | | |
| | Name | |
| | Street | |
| | City    State    ZIP Code | |

---

Debtor    Schultz Investments 21, Inc.
        Name

Case number (if known) 1:23-bk-10618-VK

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ | _____ |
|  | Name | _____ |
|  | Street | _____ |
|  | _____ | |
|  | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

| 26d.1. | _____ |
|---|---|
|  | Name |
|  | Street |
|  | _____ |
|  | City          State          ZIP Code |

**Name and address**

| 26d.2. | _____ |
|---|---|
|  | Name |
|  | Street |
|  | _____ |
|  | City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

| 27.1. | _____ |
|---|---|
|  | Name |
|  | Street |
|  | _____ |
|  | City          State          ZIP Code |

Debtor    Schultz Investments 21, Inc.                                          Case number *(if known)* 1:23-bk-10618-VK
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
Name

_____
Street

_____

_____
City                                          State          ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| _____ Street | | _____ | |
| _____ City                State          ZIP Code | | _____ | |
| Relationship to debtor _____ | | _____ | |

064

Debtor   Schultz Investments 21, Inc.
_____
Name

Case number (if known) 1:23-bk-10618-VK

| | Name and address of recipient | |
|---|---|---|
| 30.2 | _____ | _____ _____ _____ |
| | Name | |
| | _____ | _____ |
| | Street | |
| | _____ | _____ |
| | _____ | _____ |
| | City          State     ZIP Code | |
| | **Relationship to debtor** | _____ |
| | _____ | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

_____
EIN: __ __ – __ __ __ __ __ __ __

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the pension fund

_____
EIN: __ __ – __ __ __ __ __ __ __

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/15/2023
            MM / DD / YYYY

✗ _____     Printed name Dinorah L Cordova
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Vice-President, Secretary

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dixon G. Kummer<br>2031 F St<br>Bakersfield, Ca. 93301<br>Tel (661)324-2700<br>Fax (661)324-2790<br>State Bar 125960<br>Email: dkummer@kummerlaw.net<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br><br>Schultz Investments 21, Inc.<br>1702 Highclere Way<br>Bakersfield, CA. 93311 | CASE NO.: 1:23-bk-10618-VK<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___05/15/2023_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ___05/15/2023_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*):  United States Trustee's Notice of Motion and
Motion Under 11 U.S.C. § 1112(b) to Dismiss or, In the Alternative, to Convert Case; Memorandum of Points and
Authorities; and Declaration of Auditor Marlene Fouche In Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
5/23/23_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  5/23/23_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  5/23/23_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Dixon G. Kummer   dkummer@kummerlaw.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/23 | Veronica Hernandez | /s/ Veronica Hernandez |
|---------|--------------------|------------------------|
| *Date*  | *Printed Name*     | *Signature*            |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**BY NOTICE OF ELECTRONIC FILING**

Katherine Bunker     kate.bunker@usdoj.gov
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**SERVED BY U.S. MAIL**

Honorable Victoria Kaufman
21041 Burbank Blvd.
Woodland Hills, CA 91367

Schultz Investments 21, Inc.
1702 Highclere Way
Bakersfield, CA 93311

Dixon G. Kummer
2031 F. St.
Bakersfield, CA 93301