| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dixon G. Kummer 125960<br>2031 F Street<br>Bakersfield, CA 93301<br>Tel: (661) 324-2700<br>Fax: (661) 324-2790<br>dkummer@kummerlaw.net | FOR COURT USE ONLY<br><br>FILED<br>JUN - 9 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
|---|---|
| ☐ *Individual(s) appearing without attorney*<br>☒ *Attorney(s) for:* Schultz Investments 21, Inc. | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ☒ ||
| In re:<br>Schultz Investments 21, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-10618-VK<br>CHAPTER: 11 |
| | **CHAPTER 11 STATUS**<br>**CONFERENCE REPORT (INITIAL)**<br><br>Case Status Conference<br>DATE: 06/08/2023<br>TIME: 1:00 am<br>COURTROOM: 301 |

## INSTRUCTIONS TO THE DEBTOR(S)

(1) **Keep your answers brief but informative** (use continuation sheets if necessary, numbered to match the items in this report).

(2) **Do not use this form** (a) for later status reports, which should include only short updates, or (b) if the judge presiding over this case requires the use of a different procedure.

(3) You must file and serve this report **at least 14 days before** the status conference listed above. Serve it on the Office of the United States Trustee and on any parties requesting special notice, or as otherwise directed by the court.

(4) Failure to follow these instructions may result in dismissal of this case or other sanctions without further notice.

*Definitions:* "Section" ("§") refers to a section of the Bankruptcy Code, Title 11 of the United States Code (11 U.S.C.); a "Rule" means one of the Federal Rules of Bankruptcy Procedure; "LBR" means the Local Bankruptcy Rules; and other terms have the meanings provided in the Bankruptcy Code, the Rules, and the LBR.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                   Page 1                                   F 2081-1.1.C11.STATUS.RPT

| A. OVERVIEW | |
|---|---|
| **1. Bankruptcy Petition** | Date filed: 05/08/2023 |
| **2. Background and Exit Strategy (discuss all below)**<br>a. The Debtor's business/employment;<br>b. principal assets/ liabilities (including possible avoidance actions, environmental liabilities, etc.);<br>c. what caused the bankruptcy;<br>d. exit strategy (for resolving the principal financial and legal issues); and<br>e. progress made toward consensual resolution of any disputed issues.<br><br>*Example:* "the Debtor owns a four-unit apartment building worth approx. $_____, 1st deed of trust approx. $_____, 2nd deed of trust approx. $_____. The Debtor lives in one unit and is employed as building manager. Two tenants stopped paying rent. Debtor plans to complete evictions, obtain paying tenants, and strip off second deed of trust." | Explain:<br><br>Debtor asks the court to lower the rate of the loan to 8 % and be able to refinance in one a year when there is no Notice of Defaujlt. (A) Debtor would hold, sale and do light construction. (B) Principal asset are as follow: 8414 Columbus Way # 2, North Hills, CA 91343, 8414 Columbus Way # 9, North Hillls, CA 91343 and 1315 Robinson Street, Bakersfield, CA 933045. (C) Debtor is facing medical issues (Ttriple bypass), evictions and extreme repairs. (D) Exit Stategy is to refinance and restructer loan. (E) With a lower payment of interests it would help with future payments.<br><br>☐ See attached continuation page(s). |
| **3. Petition Document Compliance**<br>a. Has the Debtor filed *all* bankruptcy schedules, the Statement of Financial Affairs ("SOFA"), and *all* other documents required by 11 U.S.C. § 521, Rule 1007, and LBR 1007-1 (*e.g.,* any tax returns required by 11 U.S.C. § 521(f), with social security numbers, names of minor children, and other sensitive information blacked out per 11 U.S.C. § 107, § 112, or Rule 9018?); and<br>b. has the Debtor complied with *all* applicable guidelines established by the U.S. Trustee?<br>☒ **Yes** | ☐ No (explain):<br><br><br><br><br><br>☐ See attached continuation page(s). |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 2     F 2081-1.1.C11.STATUS.RPT

| | |
|---|---|
| **B. COMMON "FIRST DAY" MATTERS** | |
| **1. Cash Collateral Use (11 U.S.C. § 363(c))**<br>a. Did the Debtor file a stipulation/motion for use of cash collateral (*see* local form F 2081-2.1.MOTION.CASH.COLLATERAL) with local form F 4001-2.STMT.FINANCE?<br>☐ Yes<br>b. Did the court approve the requested use of cash collateral?<br>☐ Yes (see Order at docket no. _____).<br>☒ No, there is no cash that any entity can claim as its cash collateral. | ☒ No, other reason (*explain*):<br>08<br><br><br><br><br><br>☐ See attached continuation page(s). |
| **2. Budget motion**<br>Has the Debtor filed a budget motion? *See* Local Form F 2081-2.2.MOTION.BUDGET.<br>☐ Yes<br>☒ No, not required by the presiding judge's procedures | ☐ No, other reason (*explain*):<br>23<br><br>☐ See attached continuation page(s). |
| **3. Insider compensation and transfers**<br>Has the Debtor paid any compensation or made any other transfers after this case was filed to or for the benefit of:<br>(1) Any insider,<br>(2) Any owner, partner, officer, director or shareholder of the Debtor, or<br>(3) Any relative of an insider (as defined in 11 U.S.C. § 101(31))<br>except as permitted per LBR 2014-1 and Form USTLA-12?<br>☒ No | ☐ Yes (*explain*):<br><br><br><br><br><br>☐ See attached continuation page(s). |
| **4. Automatic stay  (11 U.S.C. § 362(c)(3)&(4))**<br>Is the Debtor an individual who has had one or more bankruptcy cases dismissed within 1 year before this case was filed?<br>☒ No; or<br>☐ Yes, and, for one qualifying dismissal, the Debtor will have *"completed" a hearing* to continue the automatic stay within *30 days* after this case was filed under § 362(c)(3); or<br>☐ Yes, and, for two or more qualifying dismissals, the Debtor will have filed a motion to impose the stay within 30 days after this case was filed, under § 362(c)(4). *See* LBR 4001-2(e), and Local Form F 4001-1.IMPOSE.STAY.MOTION. | ☐ Other (*explain*):<br><br><br><br><br><br>☐ See attached continuation page(s). |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                Page 3                F 2081-1.1.C11.STATUS.RPT

### B. COMMON "FIRST DAY" MATTERS

**5. Utilities (11 U.S.C. § 366)** (see Local Form F 2081-2.4.MOTION.UTILITIES)
Was a utility motion:
(1) *Filed* within 20 days after this case was filed and
(2) *Set for hearing* within 30 days after this case was filed?

☐ Yes

☒ No, the Debtor has determined that no utility motion is needed

☐ No, other reason (*explain*):

☐ See attached continuation page(s).

### C. LIEN AVOIDANCE ☐ Check here and skip this section if the Debtor does NOT contemplate any lien avoidance.

**1. "Lien Stripping"**
Does the Debtor intend to avoid any unsecured or under-secured liens under 11 U.S.C. § 506 (including motions per *In re Lam,* 211 B.R. 36 (9th Cir. BAP 1997)("*Lam* motions"))?
☒ No

☐ Yes (*explain*):

☐ See attached continuation page(s).

**2. Judicial Liens** (see Local Form F 4003-2.1.AVOID.LIEN.RP.MOTION and 4003-2.2.AVOID.LIEN.PP.MOTION)
Does the Debtor intend to avoid any *judicial* liens under 11 U.S.C. § 522(f)?
☒ No

☐ Yes (*explain*):

☐ See attached continuation page(s).

### D. PROFESSIONALS (see Local Forms F 2014-1.STMT.DISTINTEREST.PROF (statement of disinterestedness), F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL, and F 2081-2.5.MOTION.EMPLOY.OTHER)

| Professional's Name | Employment App. Filed | Employment Approved | Type of Employment |
|---|---|---|---|
| Law Office of Dixon G. Kummer | To be filed | Pending | 11 U.S.C § 327(a) general bankruptcy counsel |
|  |  |  |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 4    F 2081-1.1.C11.STATUS.RPT

**D. PROFESSIONALS** (see Local Forms F 2014-1.STMT.DISTINTEREST.PROF (statement of disinterestedness), F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL, and F 2081-2.5.MOTION.EMPLOY.OTHER)

| Professional's Name | Employment App. Filed | Employment Approved | Type of Employment |
|---|---|---|---|
| | | | |

☐ See attached continuation page(s)

| | | | |
|---|---|---|---|
| *EXAMPLES:*<br>John Doe, Esq. | 1/1/2050 | 1/7/2050 | 11 U.S.C § 327(a) general bankruptcy counsel |
| Jane Roe et al., LLP | 1/4/2050 to UST, app. to be filed | | 11 U.S.C. §§ 327(e) & 328(a) (special counsel, contingent fee, contract dispute) |
| Richard Poe, Accountant | 1/3/2050 | Pending | 11 U.S.C. § 327(a) (accountant) |

**E. PROPOSED DEADLINES / PROCEDURES**

| | |
|---|---|
| 1. **Proofs of claim filing deadline**<br>The court will address the deadline to serve a bar date notice at the status conference. | Proposed claims filing bar date: __/__/__ |
| 2. **Plan of reorganization (or liquidation)**<br>The court will address plan-related procedures at the status conference. Debtor should be prepared to discuss time estimates for filing a proposed plan and disclosure statement. | Proposed deadline to file a proposed plan and disclosure statement: __/__/__ |
| 3. **Special Plan Procedures**<br>Does the Debtor propose special procedures in connection with any plan or disclosure statement, such as a combined hearing on final approval of the disclosure statement and confirmation of the plan (11 U.S.C § 105(d)(2)(B)(vi))?<br>☒ **No** | ☐ Yes (*explain*):<br><br><br>☐ See attached continuation page(s). |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 5    F 2081-1.1.C11.STATUS.RPT

**NOTE TO THE DEBTOR: YOU MUST ANSWER ALL APPLICABLE QUESTIONS ON THE ATTACHED PAGES**, which deal with very important but less common issues in Chapter 11 cases, such as more "first day" matters, and cases that might be "single asset real estate" cases, or involve "small businesses," or "health care businesses".

Date: 06/09/2023

Respectfully submitted,

_____
Signature of: (1) Debtor's Attorney or (2) Debtor(s)

Dixon Kummer
Printed name

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 6                              F 2081-1.1.C11.STATUS.RPT